**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LINDA GONZALEZ,**

**Plaintiff,**

**v.** **CASE NO.: 6:01-CV-732-ORL-22-JGG**

**THE SHERWIN-WILLIAMS COMPANY,**
**an Ohio corporation,**

**Defendant.**

______________________________/

## MOTION TO DISMISS, MOTION TO STRIKE AND MEMORANDUM OF LAW

COMES NOW the Defendant, THE SHERWIN-WILLIAMS COMPANY, by and through its undersigned counsel, and moves this Honorable Court for an order dismissing and/or striking all or part of the complaint herein, and as grounds therefore would state:

1. The complaint fails to allege facts sufficient to establish venue.

2. Count I (Negligence) and Count V (Negligent Misrepresentation) are duplicative.

3. Count II (Strict Products Liability) fails to allege ultimate facts sufficient to establish strict liability for either a manufacturing flaw or a design defect.

3. Count III (Breach of Warranty of Merchantability) and Count IV (Breach of Warranty of Fitness for a Particular Purpose) of the complaint fail to state a cause of action upon which relief may be granted. The complaint contains no allegations which would establish privity of contract between the Plaintiff and Defendant, and the adoption of the doctrine of strict products liability in Florida abolishes actions for a breach of implied warranties in the absence of the privity of contract.[1]

DENIED* and SO ORDERED this 3rd DAY OF October, 2001

JAMES G. GLAZEBROOK
U.S. MAGISTRATE JUDGE

SCANNED

*Pursuant to Local Rule 6.01 (c)(18). Sherwin-Williams shall file and serve its answer on or before October 23, 2001. Denial is without prejudice to any party's right to move for a transfer under Local Rule 1.02 if the sale was outside Orlando Div.

1

F I L E C O P Y

Date Printed: 10/03/2001

Notice sent to:

___ Dale Truscott Gobel, Esq.
Drage, de Beaubien, Knight, Simmons, Mantzaris & Neal
332 N. Magnolia Ave.
P.O. Box 87
Orlando, FL 32802-0087

___ Michael Keegan Kiernan, Esq.
Abbey, Adams, Byelick, Kiernan, Mueller & Lancaster, L.L.P.
P.O. Box 1511
St. Petersburg, FL 33731

___ Scot Eliot Samis, Esq.
Abbey, Adams, Byelick, Kiernan, Mueller & Lancaster, L.L.P.
P.O. Box 1511
St. Petersburg, FL 33731

___ James R. Miller, Esq.
Dickie, McCamey & Chilcote
2PPG Place, Suite 400
Pittsburg, PA 15222-5402

___ Christopher Stofko, Esq.
Dickie, McCamey & Chilcote
2PPG Place, Suite 400
Pittsburg, PA 15222-5402

___ Lisa J. Long
Law Office of Lisa J. Long
174 W. Comstock Ave.
Suite 106
Winter Park, FL 32789

10/3/01